UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PATRIOT UNIVERSAL HOLDINGS, LLC, et al.,

        Plaintiffs,

  v.                                            Case No. 10-C-355

FORMAX, INC., et al.,

        Defendants.

## ORDER LIFTING STAY

Plaintiff has filed a motion to lift the stay in the above proceedings. The stay was entered pending reexamination of the patents-in-suit. The patentability of all claims in the patents have been confirmed and Plaintiff now seeks to proceed with the case. Defendants do not oppose the motion. Accordingly, the stay is hereby lifted and the Clerk is directed to set this matter on the court's calendar for a telephone status conference.

**SO ORDERED** this   26th   day of August, 2013.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court